1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10  EDWARD NORTON,

11              Plaintiff,

12       v.

13  CAROLYN W. COLVIN, Acting
    Commissioner of the Social Security
14  Administration,

15              Defendant.

CASE NO. 13-cv-05335 BHS

REPORT AND RECOMMENDATION ON STIPULATED MOTION FOR REMAND

16
17   This matter has been referred to Magistrate Judge J. Richard Creatura pursuant to 28
18  U.S.C. § 636(b)(1)(B) and Local Magistrates Rule MJR 4(a)(4), and as authorized by *Mathews,*
19  *Secretary of H.E.W. v. Weber*, 423 U.S. 261 (1976).  This matter is before the Court on
20  defendant's stipulated motion to remand the matter to the administration for further
21  consideration.  (ECF No. 31.)
22   After reviewing defendant's stipulated motion and the relevant record, the undersigned
23  recommends that the Court grant defendant's motion, and ORDER that the Commissioner's
24  decision in regard to plaintiff's application for disability benefits pursuant to Titles II and XVI of

REPORT AND RECOMMENDATION ON
STIPULATED MOTION FOR REMAND - 1

the Social Security Act be REVERSED and REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) to the Acting Commissioner of Social Security for a *de novo* hearing. On remand, the Administrative Law Judge shall reassess the medical evidence, particularly concerning plaintiff's ability to stand and walk; and his social functioning limitations.  The Administrative Law Judge also shall obtain supplemental evidence from a vocational expert.

Given the facts and the parties' stipulation, the Court recommends that the District Judge immediately approve this Report and Recommendation and order that the case be **REVERSED** and **REMANDED** pursuant to sentence four of  42 U.S.C. § 405(g).

Dated this 11th day of March, 2014.

J. Richard Creatura
United States Magistrate Judge

REPORT AND RECOMMENDATION ON
STIPULATED MOTION FOR REMAND - 2