UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

EDWARD NORTON,

                    Plaintiff,

        v.

CAROLYN W. COLVIN, Acting
Commissioner of the Social Security
Administration,

                    Defendant.

CASE NO. 13-cv-05335 BHS

ORDER ADOPTING REPORT
AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Judge J. Richard
Creatura, United States Magistrate Judge, on Defendant's Stipulated Motion for Remand
(ECF No. 31), and the relevant record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation.

(2)     The matter is REVERSED and REMANDED pursuant to sentence four of

        42 U.S.C. § 405(g) to the Administration for further consideration; and

(3)     The Clerk is directed to enter Judgment and close this case.

Dated this 11th day of March, 2014.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER